____ FILED      ___ ENTERED
____ LOGGED    ____ RECEIVED

4:18 pm, Jan 21 2021

AT  BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ Deputy

1:21-mj-159 TMD

**AFFIDAVIT IN SUPPORT OF APPLICATION FOR A COMPLAINT**

I, Rachel S. Corn, a Special Agent (SA) with the Federal Bureau of Investigation (FBI), Baltimore Division, Baltimore, Maryland, being duly sworn, depose and state as follows:

1.      I have been a SA with the FBI since May 2006.  Since September 2006, I have primarily investigated federal violations concerning child pornography and the sexual exploitation of children.  I have gained experience through training in seminars, classes, and daily work related to conducting these types of investigations.  Specifically, I have received FBI Crimes Against Children training, FBI Innocent Images Online Undercover training, and FBI Peer-to-Peer Network Online Investigation training.  I have participated in the execution of numerous search warrants, of which the majority have involved child exploitation and/or child pornography offenses.  Many of the child exploitation and/or child pornography search warrants resulted in the seizure of computers, cell phones, magnetic storage media for computers, other electronic media, and other items evidencing violations of federal laws, including various sections of Title 18, United States Code §§ 2252A and 2422 involving child exploitation offenses.  I have also participated in the execution of numerous search warrants for online accounts, such as email accounts, online storage accounts and other online communication accounts related to child exploitation and/or child pornography.  In the course of my employment with the FBI, I have observed and reviewed numerous examples of child pornography (as defined in 18 U.S.C. § 2256) in all forms of media including computer media and within online accounts.

2.      As a federal agent, I am authorized to investigate violations of laws of the United States and am a law enforcement officer with the authority to execute warrants issued under the authority of the United States.

1

3.      This affidavit is made in support of a criminal complaint and arrest warrant for Steven Martin Bickling, born in 1974, for violation of Title 18, United States Code, Section 18 U.S.C. Section 2422(b), which provides: "Whoever, using the mail or any facility or means of interstate or foreign commerce, or within the special maritime and territorial jurisdiction of the United States knowingly persuades, induces, entices, or coerces any individual who has not attained the age of 18 years, to engage in prostitution or any sexual activity for which any person can be charged with a criminal offense, or attempts to do so, shall be fined under this title and imprisoned not less than 10 years or for life."

4.      Further, Maryland Code, Criminal Law § 11-207(a)(1) provides, "A person may not: (1) cause, induce, solicit, or knowingly allow a minor to engage as a subject in the production of obscene matter or a visual representation or performance that depicts a minor engaged as a subject in sadomasochistic abuse or sexual conduct; …." And Maryland Code, Criminal Law § 11-207 (a)(4) provides that a person may not "knowingly promote, advertise, solicit, distribute, or possess with the intent to distribute any matter, visual representation, or performance: (i) that depicts a minor engaged as a subject in sadomasochistic abuse or sexual conduct; or (ii) in a manner that reflects the belief, or that is intended to cause another to believe, that the matter, visual representation, or performance depicts a minor engaged as a subject of sadomasochistic abuse or sexual conduct;…." These offenses are punishable by up to 10 years of imprisonment and/or a fine of up to $25,000. Maryland Code, Criminal Law § 11-207(b)(1).

5.      The statements in this affidavit are based in part on information and reports provided by the Baltimore City Police Department and Special Agents of the FBI, and on my experience and background as a Special Agent of the FBI.  Since this affidavit is being submitted for the limited purpose of securing a criminal complaint and arrest warrant, I have not included

each and every fact known to me concerning this investigation.  I have set forth only the facts that I believe are necessary to establish probable cause.

## PROBABLE CAUSE

6.      On May 21, 2020, an online tip was submitted to the FBI National Threat Operations Center (NTOC), via the website tips.fbi.gov, to report allegations involving an individual viewing videos depicting minors getting sexually abused.  Follow up investigation determined that Steven Bickling, residing at 27 South Curley Street, Baltimore, Maryland 21224, was the subject of the online tip.

7.      On August 19, 2020, Baltimore City detectives and members of the FBI Violent Crimes Against Children Task Force, including myself, executed a state search and seizure warrant at the residence located at 27 South Curley Street, Baltimore, Maryland 21224.  Bickling was present and waived his Miranda rights and consented to an interview, in which I participated in, and which was audio and video recorded.  Bickling advised his phone number was 443-739-3953 and his email address was sbick36@gmail.com.  Bickling currently lives alone and has lived at his current residence for approximately one year.  Bickling advised his current cell phone was an iPhone and that he has had the iPhone for three years.  Bickling has owned his laptop for approximately eight years and no one else uses his laptop.  Bickling advised that he had child pornography videos of children "probably between five and twelve" years old saved on his laptop.  Initially Bickling stated he did not know how he acquired the videos because he had been drinking at the time and said it was over a year ago. Then Bickling advised that he visited child modeling websites and clicked on links and eventually found child pornography videos. Bickling stated that he thought he saved twenty to thirty videos.  Bickling initially stated he saved the videos once or twice over a two-month period and that he watched the videos

approximately once a month, or less, and the last time he viewed the videos was possibly a couple of weeks prior to the interview when he was drinking.  Bickling stated he paid approximately $30 for access to the website and that he probably used his Visa credit card to pay for the access.  Bickling denied watching child pornography with other people and denied trading the videos with others.  Bickling stated his cell phone will not have child pornography on it.  Bickling denied touching or taking sexual pictures of his daughter or any other child inappropriately.  Bickling initially denied having any other digital items.  When advised that several thumb drives were found he stated no child pornography would be found on them.  After being advised that at least one thumb drive contained naked pictures of children, Bickling stated he hadn't looked at the thumb drives in awhile so he did not recall what was located on them.

8.      Later the same day, during an interview with another investigator, Bickling admitted to communicating via Skype with people in the Philippines after first meeting them on adult Asian chat rooms.  Bickling stated "I would send them money if they brought their child to get naked on Skype… but I've never physically touched a child."  Bickling stated the female child was eight or nine years old.  Bickling stated he did not ask the children to touch themselves or for anyone to touch them.  Bickling requested the child to turn over, bend over on their hands and knees.  Bickling admitted to masturbating while the child was on Skype and that it would last approximately five to ten minutes.  Bickling paid $50 via PayPal.  Bickling stated he has done this eight to ten times over the past two years.

9.      On August 19, 2020, at the end of the interview, Bickling wrote the following statement: "I believe beginning in early 2018 I began visiting a website called fillipinawebcams.com which had live chat rooms with Asian women.  After some visits to some rooms I heard children in the background and got the idea to ask the female performer to see if

4

she would join me on Skype with her female child and I would pay her directly for a nude show

with her daughter.  I would join them on Skype video an usually pay $50USD for her daughter to

get naked and pose, mostly bent over from behind.  I would masterbate until ejaculation in 5 to

10 minutes.  In a two year span this occurred probably between 12-15 times is my best guess.  I

have not done this act since most likely October or early November of 2019.  These acts were

always done while I was drinking which was always excessive drinking."

10.     A subpoena was sent to Microsoft for subscriber information for the accounts

associated with username "sbick36" and email address sbick36@gmail.com.  Microsoft provided

the following subscriber information regarding the accounts:

| | | |
|---|---|---|
| a. | Signin Name: | sbick36 |
| | Name: | Steve Bickling |
| | Current Email Address: | snick36@gmail.com |
| | Account Created: | 12/22/2012 |
| | | |
| b. | Signin Name: | sbick36@gmail.com |
| | Alias: | live:sbick36 |
| | Name: | Steve Bickling |
| | Current Email Address: | sbick36@gmail.com |
| | Account Created: | 07/15/2018 |

11.     On October 19, 2020, a state search warrant was granted by Honorable Judge Jack

Lesser, District Court of Maryland for Baltimore City, and executed for the Microsoft/Skype

accounts associated with sbick36@gmail.com and "sbick36."

12.     A review of the search warrant results provided by Microsoft for the account

associated with sbick36@gmail.com ("live:sbick36") revealed numerous conversations with

different Skype users.  Below are excerpts of some of the conversations:

        a.     On November 1, 2018, live:sbick36 says to User 1 "I pay for pics and
               videos for young girls," "I am from Baltimore, Maryland in the USA" and
               live:sbick36 sends an image titled "IMG_1411.jpg" which depicts Steven
               Bickling smiling at the camera riding a bicycle.

b.      On November 25, 2018, live:sbick36 says to User 2 "i normally pay for kids show here."

c.      On May 7, 2019, live:sbick36 says to User 3 "i like to rape young girls.  is that ok with you?"

d.      On May 7, 2019, live:sbick36 says to User 4 "i watch a lot of child prn," "i watch videos of men fucking young gorls," "i think young girls need to be fucked," "i like when they cry," "i raped my niece."

e.      On May 8, 2019, live:sbick36 says to User 5 "i want child show," "i want show now.  girl 8-10." When live:sbick36 is asked "What do we do with the child," he responds "fuck it."

f.      On June 20, 2019, live:sbick36 says to User 6 "i want a show with young girl and will pay u here. Can u get?" When asked what age live:sbick36 is looking for, live:sbick36 responds "7-9."

g.      Between March 31, 2020, and April 1, 2020, live:sbick36 says to User 7 "Call and I show you video," "Two girls," "Licking pussy," "10 years."

h.      On April 3, 2020, live:sbick36 says to User 8 "I have child porn I can show you here ok?"

i.      On May 8, 2020, live:sbick36 says to User 9 "There is another girl showing me her sister that is young."

13.      Live:sbick36 communicates with User 10, off and on, between October 30, 2018, to August 7, 2020.  Below are excerpts from a conversation live:sbick36 has with User 10 between October 30, 2018, and November 1, 2018:

**live:sbick36**:  do you do video with young girl with you for direct payment?

User 10:      Yessa
User 10:      *Yessss

**live:sbick36**:  what age girl?

User 10:      6 years old
User 10:      My youngest sister.

**live:sbick36**:  perfect!

6

14.     During the conversation with User 10, live:sbick36 acknowledges that his name is Steve.  On October 31, 2018, live:sbick36 sends money via PayPal and on  November 1, 2018, live:sbick36 says "you stole my money," "why didnt you send me pics and videos?" and "All I want is what i paid for."

15.     Beginning on November 11, 2018, User 10 contacts live:sbick36 using another username and apologizes for stealing live:sbick36's money.  The conversation continues as follows, with my comments in brackets:

> **live:sbick36**:  Send the pics and videos I paid you for
>
> User 10:     Hello babe, sorry for what i have done for you. I wont do it again, maybe you heard this reason many times, but i hope you will considered me that I am difference with them.
> User 10:     Can you still forgive me and give me second chance babe?
>
> **live:sbick36**:  Sure if you send me pics and videos of young
>
> \*\*\*
> **live:sbick36**:  I like 8-10
>
> \*\*\*
> User 10:     I will call you later babe when my young sister will be there with me already.
>
> \*\*\*
> **live:sbick36**:  send me pics of her
>
> User 10:     What kind of pic?
>
> **live:sbick36**:  naked or sexy panty or both
> \*\*\*

On November 20, 2018, the conversation continues:

> User 10:     [sends image titled "IMG_4768.jpg" which depicts a standing naked prepubescent female with one leg up and bent at the knee.]
> User 10:     You miss her pussy?
>
> **live:sbick36**:  i miss her asshole cuz that's where im gonna fuck her
> \*\*\*

On November 25, 2018:

| User 10: | [sends an image titled "7e77406e-6236-4fe9-8dd4-5deb26fdb3b8.jpg" which depicts a standing naked prepubescent female from the side and her buttocks is exposed.] |
| User 10: | In case you missed her ass. |

***

| live:sbick36 | [sends an image titled "image.png" of a naked minor female and naked prepubescent female.    The prepubescent female legs are open exposing her genitalia to the camera.] |
| live:sbick36 | i can get my own pics.  I want a sample of a fuck video |

***

| User 10: | [sends an image titled "44B53905-534C-4541-A140-BEC1B2E0C4C4.jpg" which depicts a naked prepubescent female sitting on a closed toilet seat with her legs spread and her genitalia is exposed to the camera.] |
| live:sbick36 | i have 1000 of those kind of pics. |
| live:sbick36 | i want fuck |

16.     A review of the search warrant results provided by Microsoft for the account sbick36 revealed numerous conversations with different Skype users.  From November 9, 2018, to November 15, 2019, sbick36 communicates with a user who appears to be the same user as User 10 mentioned above.  On December 7, 2018, sbick36 sends money via PayPal and says "she needs to suck u now," "show her ass," "closeer," "open up her pussy," and "spread her legs wider."   User 10 requests additional money and sbick36 states "this was not the fucking deal!... i paid 200 already."  Sbick36 sends additional money via PayPal.  Sbick36 then asks "why did you stop the video" and User 10 says "It gets blackout here steve" and explains they are unable to do the show.  Sbick36 says "you owe me a show." On December 8, 2018, User 10 asks sbick36 "Why did you on hold the money?" and "Will you unhold the money you have send to me if my sister will do a show?"  Sbick36 responded "you said you'e do a suck and fuck show for $200 then asked for an additional $200.  you can't be trusted."  Over the next few days, sbick36 and User 10, discuss sbick36 releasing the money for a show.  Sbick36 says his bank approved the release and User 10 states that he had the wrong ATM card associated with his account and due to that he did not receive the money.

17.     Below are excerpts from their communication, which occurred on December 16,

2018, between sick36 and User 10:

|  |  |
|---|---|
| **sbick36**: | wheres ur sister |
| User 10: | She is here with me now steve |
| **sbick36**: | in lingerie? |

\*\*\*

|  |  |
|---|---|
| User 10: | Yes she have the lingerie now |
| **sbick36**: | show |

\*\*\*

|  |  |
|---|---|
| User 10: | We are ready now steve |
| User 10: | Shall we call you |
| **sbick36**: | yes |
| **sbick36**: | sexy |
| **sbick36**: | stand up |
| **sbick36**: | have her stand up |

\*\*\*

|  |  |
|---|---|
| User 10: | Is she doing good? |
| **sbick36:** | Steve Bickling started recording... |
| **sbick36:** | dogie |
| **sbick36:** | have her suck u |
| User 10: | Is it perfect? |
| **sbick36**: | yes |
| **sbick36**: | she suck u now |
| User 10: | Hmmmmm |
| User 10: | Sure |
| User 10: | And now we will play |
| User 10: | This is what u like right? |
| **sbick36**: | yes |
| User 10: | Tell us what to do |
| **sbick36**: | she suck u |
| User 10: | Uhm yes, well I guess you start sending and release the money you hold now |

9

**sbick36**:    it was released

User 10:    Then we will start to play.
User 10:    I mean I told you I was put the wrong atm number to my paypal
User 10:    And we ask you again steve to send what you've said last day that you will send 400$
User 10:    You still there?

**sbick36**:    let me see how she suck cock

User 10:    Yes I told her already.
User 10:    And she said that you will gonna send first and she also promised that she will do her best as she can.

**sbick36**:    show me

User 10:    Okay she will do it now

**sbick36**:    Steve Bickling started recording...
**sbick36**:    deep
**sbick36**:    that wasnt very good

User 10:    Don't worry steve we will do what you want to make you happy
User 10:    Okay.

**sbick36**:    Steve Bickling started recording...

User 10:    So steve. We will do it well and very good

**sbick36**:    grab the back of her head and force it in deep

User 10:    Steve
User 10:    We will do what you want steve
User 10:    But we even didn't received money from you.
User 10:    I can show you the problem and message from my paypal
User 10:    Yes it was released but we didn't receive coz I put the card number instead of atm number.
User 10:    That's why I didn't received it.

**sbick36**:    have her try again and go deeper

User 10:    But now It fixed and I hope you will do what we want too. Please steve

User 10:    Don't worry steve we won't run you now

| | | |
|---|---|---|
| User 10: | Coz nowadays we have only you. | |
| **sbick36**: | finger her pussy | |
| User 10: | Okay steve. I will do it now. | |
| **sbick36**: | lick it | |
| User 10: | Lick it too steve | |
| User 10: | What happened steve? | |
| User 10: | What's your problem steve? | |
| User 10: | We do what you want. | |
| User 10: | Steve I know we don't do our best - Next time steve, I promise that she will gonna suck me deep | |
| User 10: | I will treat her like not my sister. | |
| User 10: | That is what you want right? | |
| User 10: | Let me know steve when do you want us to play again, okay? | |
| User 10: | Sorry for not giving you our best steve. | |
| User 10: | I'm very disappointed. | |
| **sbick36**: | she needs to get better as sucking cock | |
| User 10: | It's because you didn't listen to my sister she said that she will suck me better if she sees that you send her the money you have said to us last day. | |
| User 10: | Steve - I really need to pay my rental bills steve or else we don't have a house to sleep. | |

18.    PayPal provided the following information in response to an administrative subpoena for the following account:

| | |
|---|---|
| Name: | Steve Bickling |
| Email: | sbick36@gmail.com |
| DOB: | XX/XX/1974 |
| Mobile: | 443-739-3953 |
| Created On: | 07/17/2002 |
| Address: | 27 S Curley St, Baltimore, Maryland |

19.    The PayPal records also indicated that payments were sent in Philippines' currency on October 31, 2018, and December 7, 2018, to the email addresses provided by User 10 during their Skype chats on those dates.

## CONCLUSION

20.    Based upon the foregoing information set forth in this application, I respectfully submit that there is probable cause to believe that Steven Martin Bickling, violated Title 18, United States Code, Section 2422(b) (attempted online coercion and enticement of a minor).


*Rachel S Corn*
Special Agent Rachel S. Corn
Federal Bureau of Investigation


Affidavit submitted by email and attested to me as true and accurate by telephone consistent with Fed. R. Crim. P. 4.1 and 41 this _____21_____ of January 2021.


HONORABLE THOMAS M. DIGIROLAMO
UNITED STATES MAGISTRATE JUDGE